Judge Terry J. HATTER, Jr., Mary Martin Arceneaux, on behalf of the late Judge George Arceneaux, Jr., Judge Peter H. Beer, Judge Dudley H. Bowen, Jr., Dolores Lee Burciaga, executrix of the estate of Chief Judge Juan G. Burciaga, Judge A.J. McNamara, Judge Harry Pregerson, Judge Raul A. Ramirez, Judge Norman C. Roettger, Jr., Chief Judge Thomas A. Wiseman, Jr., Chief Judge Terence T. Evans, Judge Henry A. Mentz, Jr., Chief Judge Wilbur D. Owens, Jr., Judge Henry R. Wilhoit, Jr., Judge Harold A. Baker and Chief Judge Michael M. Mihm, Plaintiffs–Appellants,

v.

**UNITED STATES, Defendant–Appellee.**

No. 97–5093.

United States Court of Appeals, Federal Circuit.

June 22, 2001.

ORDER

Pursuant to the Supreme Court of the United States remand of this case to this

court for further proceedings, the mandate issued on April 20, 2000 is recalled, and the appeal is reinstated.